FILED ___ LODGED
RECEIVED ___ COPY

JUN 29 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-16-08145-PCT-DJH(JZB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1111 and 1153 (CIR: Second Degree Murder) Count 1 |
| Houston Allen Clyde, | |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about April 16, 2016, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant HOUSTON ALLEN CLYDE, an Indian, with malice aforethought did unlawfully kill E. J. K.

In violation of Title 18, United States Code, Sections 1111 and 1153.

A TRUE BILL

S/

FOREPERSON OF THE GRAND JURY
Date: June 29, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

S/

ROGER DOKKEN
Assistant U.S. Attorney